HUNTER PYLE, SBN 191125
TANYA TAMBLING, SBN 262979
SUNDEEN SALINAS & PYLE
428 13TH Street, 8th Floor
Oakland, California 94612
Telephone:    510.663.9240
Telefax:      510.663.9241

Email:        hpyle@ssrplaw.com, ttambling@ssrplaw.com

Attorneys for Plaintiff
CAROLINA SUGIHARTO

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
ngeannacopulos@seyfarth.com
Chantelle C. Egan (SBN 257938)
cegan@seyfarth.com
Ari Hersher (SBN 260321)
ahersher@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
SYNARC, INC. and AARON TIMM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA SUGIHARTO,<br><br>Plaintiff,<br><br>vs.<br><br>SYNARC, INC.; and AARON TIMM,<br><br>Defendants. | Case No. C13-921-MMC<br><br>**JOINT STIPULATION BY THE PARTIES TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT;** [PROPOSED] **ORDER; DIRECTIONS TO PLAINTIFF**<br><br>FRCP 15(a)(2) |

**STIPULATION RE: FIRST AMENDED COMPLAINT FOR DAMAGES**

This stipulation is entered into pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-12 by and between Plaintiff CAROLINA SUGIHARTO ("Plaintiff") and Defendants SYNARC, INC. and AARON TIMM ("Defendants") (collectively, "The Parties") based upon the following facts:

1. WHEREAS, Plaintiff seeks to add five claims for relief for 1) Interference under the Family Medical Leave Act; 2) Disability Discrimination under the Fair Employment and Housing Act ("FEHA"); 3) Failure to Reasonably Accommodate in Violation of the FEHA; 4) Failure to Engage in the Interactive Process in Violation of the FEHA; and 5) Retaliation in Violation of the FEHA, and Defendants agreed to stipulate to the filing of the proposed First Amended Complaint that is attached hereto as Exhibit A;

2. WHEREAS, the Parties agreed that Defendants' stipulation would not serve to waive any defenses, objections, or right to discovery regarding the new causes of action, or the First Amended Complaint, and without admitting anything contained therein to be true.

3. Based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree as follows:

  a. Plaintiff's First Amended Complaint attached hereto as Exhibit A shall be deemed filed and served upon the date of the court's order;

  b. Defendants' counsel will accept service of the First Amended Complaint;

  c. Defendants reserve all rights, defenses, and objections to the claims set forth in Plaintiff's First Amended Complaint, Exhibit A.

  d. Defendants will have twenty-one (21) days after their counsel is served with the First Amended Complaint to file a responsive pleading.

//
//

IT IS SO STIPULATED.

Dated: November 5, 2013            SUNDEEN SALINAS & PYLE

By: /s/Tanya Tambling
    Hunter Pyle
    Tanya Tambling
Attorney for Plaintiff
CAROLINA SUGIHARTO

Dated: November 5, 2013            SEYFARTH SHAW, LLP

By: /s/Chantelle Egan
    Nick C. Geannacopulos
    Chantelle Egan
    Ari Hersher
Attorneys for Defendants
SYNARC, INC. and AARON TIMM

PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that Plaintiff shall file the operative complaint and shall do so no later than November 8, 2013.

Date: November 7, 2013

_____
DISTRICT COURT JUDGE MAXINE CHESNEY