1  **HUNTER PYLE, SBN 191125**
   **TANYA TAMBLING, SBN 262979**
2  SUNDEEN SALINAS & PYLE
   428 13TH Street, 8th Floor
3  Oakland, California  94612
   Telephone:    510.663.9240
4  Telefax:      510.663.9241

5  Email:        hpyle@ssrplaw.com, ttambling@ssrplaw.com

6  Attorneys for Plaintiff
   CAROLINA SUGIHARTO

7  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN 114822)
8  ngeannacopulos@seyfarth.com
   Chantelle C. Egan (SBN 257938)
9  cegan@seyfarth.com
   Ari Hersher (SBN 260321)
10 ahersher@seyfarth.com
   560 Mission Street, 31st Floor
11 San Francisco, California  94105
   Telephone:    (415) 397-2823
12 Facsimile:    (415) 397-8549

13 Attorneys for Defendants
   SYNARC, INC. and AARON TIMM
14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

| 18 CAROLINA SUGIHARTO, | Case No. C13-921-MMC |
|---|---|
| 19 | **JOINT STIPULATION BY THE PARTIES TO ALLOW PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT;** [PROPOSED] **ORDER; DIRECTIONS TO PLAINTIFF** |
| 20 Plaintiff, | |
| 21 vs. | |
| 22 | |
| 23 SYNARC, INC.; and AARON TIMM, | FRCP 15(a)(2) |
| 24 Defendants. | |

25

---

CAROLINA SUGIHARTO v. SYNARC AND AARON TIMM / CASE NO. C13-921-MMC
JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER
-1-

## STIPULATION RE: FIRST AMENDED COMPLAINT FOR DAMAGES

This stipulation is entered into pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 7-12 by and between Plaintiff CAROLINA SUGIHARTO ("Plaintiff") and Defendants SYNARC, INC. and AARON TIMM ("Defendants") (collectively, "The Parties") based upon the following facts:

1.  WHEREAS, Plaintiff seeks to add five claims for relief for 1) Interference under the Family Medical Leave Act; 2) Disability Discrimination under the Fair Employment and Housing Act ("FEHA"); 3) Failure to Reasonably Accommodate in Violation of the FEHA; 4) Failure to Engage in the Interactive Process in Violation of the FEHA; and 5) Retaliation in Violation of the FEHA, and Defendants agreed to stipulate to the filing of the proposed First Amended Complaint that is attached hereto as Exhibit A;

2.  WHEREAS, the Parties agreed that Defendants' stipulation would not serve to waive any defenses, objections, or right to discovery regarding the new causes of action, or the First Amended Complaint, and without admitting anything contained therein to be true.

3.  Based on the foregoing, the Parties, by and through their counsel of record and subject to this Court's approval, hereby stipulate and agree as follows:

    a.  Plaintiff's First Amended Complaint attached hereto as Exhibit A shall be deemed filed and served upon the date of the court's order;

    b.  Defendants' counsel will accept service of the First Amended Complaint;

    c.  Defendants reserve all rights, defenses, and objections to the claims set forth in Plaintiff's First Amended Complaint, Exhibit A.

    d.  Defendants will have twenty-one (21) days after their counsel is served with the First Amended Complaint to file a responsive pleading.

//
//

IT IS SO STIPULATED.

Dated: November 5, 2013                     SUNDEEN SALINAS & PYLE

By: /s/Tanya Tambling
    Hunter Pyle
    Tanya Tambling
Attorney for Plaintiff
CAROLINA SUGIHARTO

Dated: November 5, 2013                     SEYFARTH SHAW, LLP

By: /s/Chantelle Egan
    Nick C. Geannacopulos
    Chantelle Egan
    Ari Hersher
Attorneys for Defendants
SYNARC, INC. and AARON TIMM

PURSUANT TO STIPULATION, IT IS SO ORDERED~~.~~, with the exception that Plaintiff shall file the operative complaint and shall do so no later than November 8, 2013.

Date: November 7, 2013

_/s/ Maxine M. Chesney_
DISTRICT COURT JUDGE MAXINE CHESNEY