IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA SUGIHARTO,<br><br>　　　　Plaintiff,<br>　v.<br><br>SYNARC, INC.; AARON TIMM,<br><br>　　　　Defendants.<br>_____/ | No. C 13-0921 MMC<br><br>**ORDER OF DISMISSAL** |

　　　The court-appointed Mediator having advised the Court that the parties have agreed to a settlement of this cause,

　　　IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

　　　**IT IS SO ORDERED.**

Dated: April 30, 2014

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge