1  HUNTER PYLE, SBN 191125
   TANYA TAMBLING, SBN 262979
2  SUNDEEN SALINAS & PYLE
   428 13TH Street, 8th Floor
3  Oakland, California 94612
   Telephone:  510.663.9240
4  Telefax:    510.663.9241

5  Email:      hpyle@ssrplaw.com, ttambling@ssrplaw.com

6  Attorneys for Plaintiff
   CAROLINA SUGIHARTO

7  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN 114822)
8  ngeannacopulos@seyfarth.com
   Ari Hersher (SBN 260321)
9  ahersher@seyfarth.com
   560 Mission Street, 31st Floor
10 San Francisco, California 94105
   Telephone:   (415) 397-2823
11 Facsimile:   (415) 397-8549

12 Attorneys for Defendants
   SYNARC, INC. and AARON TIMM
13

                 UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

| CAROLINA SUGIHARTO,            | Case No. C13-921-MMC |
|---|---|
| Plaintiff,                     | **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE AND RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii); ORDER THEREON** |
| vs.                            | |
| SYNARC, INC.; and AARON TIMM,  | |
| Defendants.                    | |

## STIPULATION

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff CAROLINA SUGIHARTO, by and through her attorneys of record, hereby requests this Court to dismiss this action with prejudice. Pursuant to FRCP 41(a)(1)(A)(ii), Defendants SYNARC, INC. and AARON TIMM ("Defendants") by and through their attorneys of record, represent Defendants' non-objection to Plaintiff's request to dismiss her case with prejudice, and thus Defendants hereby stipulate to the same. The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

Dated: June 6, 2014

SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle
Tanya Tambling
Attorney for Plaintiff
CAROLINA SUGIHARTO

Dated: June 6, 2014

SEYFARTH SHAW, LLP

By: _____
Nick C. Geannacopulos
Ari Hersher
Attorneys for Defendants
SYNARC, INC. and AARON TIMM

## ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

IT IS SO ORDERED

Date: June 30, 2014

_____
DISTRICT COURT JUDGE MAXINE CHESNEY